450 A.2d 213

Commonwealth v. Williams, Appellant.

Submitted April 5, 1982.  Paul S. Herzberg, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., concurred in the result.